# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0566.  LISA TINCH v. AASH, LLC.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, "Lisa Tinch dba Veterans Center and All Other Occupants" appealed to superior court. On June 18, 2019, the superior court entered a final order that, among other things, granted a writ of possession in favor of the property owner. On July 17, 2019, Lisa Tinch filed this application for discretionary appeal. We lack jurisdiction because the application was not timely filed.

Ordinarily, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory action. OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Radio Sandy Springs  v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Because Tinch's application was filed 29 days after the superior court's order was entered, this application is untimely. Accordingly, we lack jurisdiction to review it, and it is hereby DISMISSED.  See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/12/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*